IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LIDIO SANTIZ JULIAN | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 2252A(a)(2)(A), 2252A(a)(5)(B), 2252A(b)(1), and 2252A(b)(2) |

COUNT ONE

**Receipt of Child Pornography**

The Grand Jury Charges:

From in or about November 2025 until in or about February 2026, in the District of North Dakota,

LIDIO SANTIZ JULIAN

did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## COUNT TWO

**Possession of Materials Containing Child Pornography**

The Grand Jury Further Charges:

On or about February 6, 2026, in the District of North Dakota,

## LIDIO SANTIZ JULIAN

did knowingly possess any material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved prepubescent minors and minors that had not attained 12 years of age, and which material had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

FORFEITURE NOTICE

Upon conviction of violating Title 18, United States Code, Section 2252A(a) as charged in this Indictment,

LIDIO SANTIZ JULIAN

shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, and received in violation thereof and any and all property used and intended to be used in any manner and part to commit and to promote the commission of such violations, including, but not limited to, the following:

- One Samsung model Galaxy S23 Ultra (SM-S918U) cellular telephone, Serial Number R3C2A0PQ14A, manufactured in Korea.

By virtue of the commission of one or more of the felony offenses as charged in this Indictment, all right, title, and interest in the above-described property is vested in the United States and is hereby forfeited to the United States, pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

DLR/tmg